UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
USVALDO CONTRERA and FRANCISCO
LOPEZ, individually and on behalf of all others   **NOTICE OF MOTION**
similarly situated,

                                          Case No. 16-CV-03851
                        Plaintiffs,      (LTS) (GWG)

    - against -

IRVING LANGER, *et al.*,

                        Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the declarations of Marc A. Rapaport, Esq., Plaintiff Usvaldo Contrera, Plaintiff Francisco Lopez, Opt-in Plaintiff Fabian Herrera, Opt-in Plaintiff Pedro Batista, and non-party Antonio Reyes, and upon the annexed exhibits and accompanying Memorandum of Law served herewith, Plaintiffs Usvaldo Contrera and Francisco Lopez will move this Court before the Honorable Laura Taylor Swain, U.S.D.J., at 500 Pearl Street, New York, New York on a date and time set by this Court, for an order pursuant to 29 U.S.C. § 216(b) ("Fair Labor Standards Act") and specifically for entry of an Order:

    (a)    approving the text of the enclosed Notice of Pendency and Consent to Become a Party Plaintiff;

    (b)    permitting Plaintiffs to circulate a Notice of Pendency and Consent to Become a Party Plaintiff;

    (c)    requiring Defendants to provide Plaintiffs with a complete list of names, addresses, and primary spoken and written languages of their superintendents, porters and handymen from six years preceding the filing of the Complaint until the date this motion is decided, in paper and electronic form;

    (d)    permitting all superintendents, porters, handymen and similarly situated individuals 60 days to opt in to this case;

(e) tolling the statute of limitations for all superintendents, porters, handymen and similarly situated individuals from, at the very least, the date of this motion until the Court issues an order on this motion; and

(f) granting any further relief that the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs requests oral argument on this motion.

Respectfully submitted,

Dated: March 7, 2017         By:   /s/ Marc A. Rapaport (via ECF)
New York, New York                 Marc A. Rapaport, Esq.
                                   Meredith R. Miller, Esq.
                                   Rapaport Law Firm, PLLC
                                   One Penn Plaza
                                   250 West 34th Street, Suite 2430
                                   New York, NY 10119
                                   Ph: (212) 382-1600

**Via ECF and Courtesy Copy via U.S. Mail**

To:   Larry R. Martinez, Esq.
      Meltzer, Lippe, Goldstein & Breitstone, LLP
      190 Willis Avenue
      Mineola, New York 11751