

www.millerlaw.nyc

Meredith R. Miller, Esq.

Miller Law, PLLC
135 Madison Avenue, 8th Floor
New York, NY 10016

**Tel:** (347) 878-2587
**Fax:** (866) 495-6719
meredith@millerlaw.nyc

August 3, 2017

**Via ECF and Facsimile (courtesy copy)**
Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Contrera et ano. v. Langer et al.*
            **Docket No. 16-cv-03851 (LTS)(GWG)**

Dear Judge Gorenstein:

    With the Rapaport Law Firm, PLLC, we represent Plaintiffs in the above-referenced matter. We write with respect to your Honor's July 25, 2017 order (dkt #155), which set a schedule for the parties to update their briefing on Plaintiffs' conditional certification motion in light of Plaintiffs' Amended Complaint.

    We respectfully request that Plaintiffs be permitted to file a letter with any updates to our motion for conditional certification on or by August 4, 2017, and that Defendants be permitted to respond on or by August 11, 2017. Defendants have consented to this schedule, which stays within the August 11, 2017 timeframe set by the Court in its July 25, 2017 order. To stay within that timeframe, Plaintiffs have initially agreed to forego a reply; however, Plaintiffs reserve the right to request time to submit a reply should Defendants' response warrant one.

    As previously noted, Plaintiffs do not intend to supplement or add any new substantive arguments to the motion for conditional certification.

    The parties sincerely thank the Court for its time and consideration of the foregoing request.

                                                    Respectfully Submitted,
                                                    */s/ Meredith R. Miller*
                                                    Meredith R. Miller

cc:  Larry Martinez (*Via ECF*)
      Gerald Waters (*Via ECF*)
      Christopher Hampton (*Via ECF*)