Form 27 - AFFIDAVIT OF SERVICE                    carolyn

P759196

**RAPAPORT LAW FIRM**   Marc A. Rapaport
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

USVALDO CONTRERA, ETAL

index No.
**1:16-CV-3851**

                                                    PLAINTIFF
Date Filed
                        - vs -
Office No.

IRVING LANGER, ETAL
Court Date.

                                                    DEFENDANT

        STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

**MICHELLE P LVOVICH**  being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the  **08TH**  day of  **AUGUST, 2017**
**1:26PM**  at
    **1465A FLATBUSH AVE**
    **BROOKLYN NY 11210**
I served a true copy of the **SUMMONS AND AMENDED CLASS ACTION COMPLAINT** upon **DUNBAR OWNER LLC**
the **DEFENDANT** therein named by delivering to, and leaving personally with **MILDRED JIMENEZ,**
**AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **BROWN** HAIR: **BLACK/GREY**

APP.AGE: **55** APP. HT: **5'5** APP. WT: **140**

OTHER IDENTIFYING FEATURES


COMMENTS:


Sworn to before me this
11TH day of AUGUST, 2017

ADAM J. CALEB
Notary Public, State of New York
No. 01CA6334048
Qualified in ORANGE COUNTY
Commission Expires 12/07/2019

MICHELLE P LVOVICH 2048202
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-RLF-L-759196

2a