**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**

Honorable Gabriel W. Gorenstein, Magistrate Judge
November 20, 2019
Page 2

MEMO ENDORSED

    Accordingly, the Parties respectfully request the time by which the Parties must submit the Settlement Documents be adjourned until **December 18, 2019**. The Parties sincerely thank the Court for its time and consideration of the foregoing request.

                                   Respectfully submitted,

                                   */s/ Christopher P. Hampton*
                                   Christopher P. Hampton, Esq.

cc: All Counsel of Record (via ECF)

Granted

SO ORDERED   DATE 11/20/19
GABRIEL W GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/19

983936.1