**MEMORANDUM ENDORSEMENT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
USVALDO CONTRERA, FRANCISCO LOPEZ,
PEDRO BATISTA, FABIAN HERRERA and
ANTONIO REYES, *individually, and on behalf of*      **Motion to Substitute Party**
*all others similarly situated*,      **FRCP 25(a)**

               Plaintiffs,      **Docket No.: 16-CV-3851**
     **(LTS)(GWG)**

       -against-

IRVING LANGER, et al.,

             Defendants.
-------------------------------------------------------------------X

### MOTION FOR SUBSTITUTION OF PARTIES PURSUANT TO RULE 25(a)(1)

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and upon the suggestions of death filed by Defendants on July 29, 2020 (dkt# 417, 418), Plaintiffs hereby move this Court to: (i) substitute the "Estate of Meyer Brecher, Deceased" in place of "Meyer Brecher" as a defendant in this action and (ii) substitute the "Estate of Leibel Lederman, Deceased" in place of "Leibel Lederman" as a defendant in this action.

On May 23, 2016, Plaintiffs commenced this action against, among others, Defendants Meyer Brecher ("Brecher") and Leibel Lederman ("Lederman") for violations of the Fair Labor Standards Act (FLSA), New York Labor Law (NYLL) and breach of contract. As set forth in the suggestions of death, upon information and belief, Brecher passed away on January 5, 2020, and, upon information and belief, Lederman passed away on May 21, 2020. Plaintiffs' claims are not extinguished upon the deaths of Brecher and Lederman.

Defendants consent to the relief requested herein.

Dated: New York, New York
       July 29, 2020

 **Application granted. The Clerk is directed to make the requested substitutions.  So ordered.**

_GABRIEL W. GORENSTEIN_
United States Magistrate Judge
**August 13, 2020**

Respectfully submitted,

By: _____

Meredith R. Miller
Miller Law, PLLC
167 Madison Avenue, Suite 503
New York, New York 10016
(347) 878-2587
meredith@millerlaw.nyc

Rapaport Law Firm, PLLC
One Penn Plaza
Suite 2430
New York, New York 10119
(212) 382-1600

*Attorneys for Plaintiffs*