```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
USVALDO CONTRERA, et al.,                    :
                                             :    ORDER
              Plaintiffs,
                                             :    16 Civ. 3851 (LTS) (GWG)
    -v.-
                                             :
LEIBEL LEDERMAN, et al.,
                                             :
              Defendants.                    :
-----------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The Motion for Final Approval shall be filed by July 8, 2021. The Fairness Hearing is adjourned from June 24, 2021, to Thursday, July 22, 2021, at 4:00 p.m.

The Fairness Hearing shall take place telephonically. Parties and members of the public should dial in as follows:

Dial in: 888 557 8511

Access code: 6642374

Only counsel for parties and class members whom the Court has given permission to speak will be permitted to speak. All others must remain on mute when dialed in. Any recording or dissemination of the proceeding is forbidden. At the time of the filing of the Motion for Final Approval, counsel shall inform the Court of any requests by class members to speak at the Fairness Hearing.

        SO ORDERED.

Dated: June 4, 2021
       New York, New York

                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge