UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
USVALDO CONTRERA, et al.,                       :

                                                :       ORDER
                Plaintiffs,

                                                :       16 Civ. 3851 (LTS) (GWG)
        -v.-

                                                :
LEIBEL LEDERMAN, et al.,
                                                :

                Defendants.                     :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

   The revisions to the Settlement Agreement as proposed (Docket # 440) are approved.

   The proposed notice process for the New Class Members is also approved.

   Finally, in light of the fact that there were no objections to the proposed settlement, that any request to speak at the hearing had to be made in advance and there were no requests to speak, that the existing Class Members were informed that the date of the Fairness Hearing could change, that the date of the hearing is being adjourned not advanced, and that the new date of the hearing is posted on the public docket, it is not necessary to provide notice to existing Class Members of the adjournment.

   SO ORDERED.

Dated: June 9, 2021
       New York, New York

                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge